**JAMES E. HARPER, ESQ.**
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.: (702) 948-9240
Fax: (702) 778-6600
E-Mail: eservice@harperlawlv.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY AMES,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>    Defendants. | CASE NO.: 2:14-cv-02088-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff, COURTNEY AMES, by and through her counsel of record, CRAM VALDEZ BRIGMAN & NELSON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through its counsel of record, HARPER LAW GROUP, hereby submit the instant Stipulation and Order to Extend Time to File Joint Pre-Trial Order.

The parties have been working together diligently to prepare and submit the Joint Pre-Trial Order. However, the parties have recently commenced settlement negotiations, and there may be an opportunity for this case to settle within the coming weeks. Given the potential for a resolution of this case, the parties are requesting that this Court extend the time to file the Joint Pre-Trial Order while the parties attempt to settle the case so as to avoid spending time and money on something that might prove to be unnecessary. Specifically, the parties request a four week extension of the

1

deadline to file the Joint Pre-Trial Order, extending the deadline until January 15, 2015. This request is made in good faith and not as an attempt to needlessly delay these proceedings.

DATED this 17th day of December, 2015.     DATED this 17th day of December, 2015.

CRAM VALDEZ BRIGMAN & NELSON              HARPER LAW GROUP

___/s/ Brent D. Valdez_____     ____/s/ James E. Harper_____
Brent D. Valdez, Esq.                     James E. Harper, Esq.
Nevada Bar No. 10784                      Nevada Bar No. 009822
8831 W. Sahara Avenue                     1935 Village Center Circle
Las Vegas, Nevada 89117                   Las Vegas, NV 89134
*Attorneys for Plaintiff*                 *Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this January 19, 2016_____.

_____
U.S. MAGISTRATE JUDGE