**JAMES E. HARPER, ESQ.**
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.:     (702) 948-9240
Fax:    (702) 778-6600
E-Mail:        eservice@harperlawlv.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY AMES,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>                    Defendants. | CASE NO.: 2:14-cv-02088-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(SECOND REQUEST)** |

Plaintiff, COURTNEY AMES, by and through her counsel of record, CRAM VALDEZ BRIGMAN & NELSON, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through its counsel of record, HARPER LAW GROUP, hereby submit the instant Stipulation and Order to Extend Time to File Joint Pre-Trial Order.

The parties continue to discuss settlement as well as the possibility of submitting the dispute to binding high/low arbitration. Given the potential for a resolution of this case, the parties are requesting that this Court extend the time, again, to file the Joint Pre-Trial Order while the parties pursue resolution of this matter so as to avoid spending time and money on something that might prove to be unnecessary. Specifically, the parties request a three week extension of the previously requested January 15, 2016 deadline to file the Joint Pre-Trial Order, extending the deadline until

1

February 5, 2016. This request is made in good faith and not as an attempt to needlessly delay these proceedings.

DATED this 15th day of January, 2016.                DATED this 15th day of January, 2016.

CRAM VALDEZ BRIGMAN & NELSON                         HARPER LAW GROUP

___/s/ Brent D. Valdez_____                ____/s/ James E. Harper_____
Brent D. Valdez, Esq.                                James E. Harper, Esq.
Nevada Bar No. 10784                                 Nevada Bar No. 009822
8831 W. Sahara Avenue                                1935 Village Center Circle
Las Vegas, Nevada 89117                              Las Vegas, NV 89134
*Attorneys for Plaintiff*                            *Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this  1-19-2016  _____.

_____
U.S. MAGISTRATE JUDGE

2