JAMES E. HARPER, ESQ.
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Ph.: (702) 948-9240
Fax: (702) 778-6600
E-Mail: eservice@harperlawlv.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY AMES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-02088-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, COURTNEY AMES, by and through her counsel of record, CRAM VALDEZ BRIGMAN & NELSON, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW GROUP, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

///

///

| | |
|---|---|
| DATED this 11TH day of March, 2016. | DATED this 21st day of March, 2016. |
| CRAM VALDEZ BRIGMAN & NELSON | HARPER LAW GROUP |
| /s/ Brent D. Valdez | /s/ James E. Harper |
| Brent D. Valdez, Esq.<br>Nevada Bar No.: 10784<br>8831 West Sahara Avenue<br>Las Vegas NV 89117<br>*Attorneys for Plaintiff* | James E. Harper, Esq.<br>Nevada Bar No.: 9822<br>1707 Village Center Circle, Suite 140<br>Las Vegas, NV 89134<br>*Attorney for Defendant* |

## ORDER

Upon stipulation of the parties, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Complaint filed in the above-entitled case is hereby dismissed with prejudice; each party to bear their own costs and fees.

IT IS SO ORDERED March 23, 2016.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HARPER LAW GROUP

/s/ James E. Harper
James E. Harper, Esq.
Nevada Bar No. 009822
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
*Attorney for Defendant*

2